UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD WALLACE,

    Plaintiff,

                              Case No. 09-11991
v.                             Honorable Patrick J. Duggan

DENNIS LLOYD, DOCTOR,

    Defendant.
_____/

## JUDGMENT

Plaintiff filed this *pro se* civil rights action against Defendant pursuant to 42 U.S.C. § 1983 on May 26, 2009. He filed an amended complaint on October 9, 2009. Defendant subsequently filed a motion to dismiss and a motion for summary judgment, the latter of which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

DATE: March 1, 2010                s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Richard Wallace
Register #26340-039
Genesee County Jail
1002 Saginaw Street
Flint, MI 48502-1499

Ronald W. Chapman, Esq.

Magistrate Judge Charles BInder